## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

|                                                                 |     |                                                              |
| :-------------------------------------------------------------- | :-- | :----------------------------------------------------------- |
| HELENA WOODARD,                                                 | :   | No. 150 EAL 2023                                             |
|                                                                 | :   |                                                              |
| Petitioner                                                      | :   |                                                              |
|                                                                 | :   | Petition for Allowance of Appeal                             |
|                                                                 | :   | from the Order of the Superior Court                         |
| v.                                                              | :   |                                                              |
|                                                                 | :   |                                                              |
|                                                                 | :   |                                                              |
| BEN FRANKLIN RESIDENCES, STANDARD DEVELOPMENT LLC, AND CLIFFORD LASKY, | :   |                                                              |
|                                                                 | :   |                                                              |
| Respondents                                                     | :   |                                                              |

## ORDER

**PER CURIAM**

 **AND NOW**, this 14th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.